

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00032-CV

_____

JORGE PORTILLO, Appellant

V.

VICTOR SAPP AND DOMINIQUE SAPP, Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-319063-20

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant Jorge Portillo attempts to appeal from a take-nothing judgment rendered on September 26, 2022. Appellant filed a motion for new trial on October 25, 2022, which extended the time for filing the notice of appeal until December 27, 2022. *See* Tex. R. App. P. 26.1(a)(1) (requiring that notice of appeal be filed within ninety days after the judgment is signed when a motion for new trial is filed).[1] Appellant, however, did not file his notice of appeal until February 3, 2023.

On February 6, 2023, we notified Appellant by letter of our concern that we lacked jurisdiction over his appeal because his notice of appeal was not timely filed. We informed Appellant that, unless he or any party desiring to continue the appeal filed a response in ten days showing grounds for continuing the appeal, we could dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We received no response.

The time for filing a notice of appeal is jurisdictional in this court, and absent a timely filed notice of appeal or extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because Appellant's notice

---

[1]Although the motion for new trial was overruled by operation of law on December 12, 2022, *see* Tex. R. Civ. P. 329b(c), on January 4, 2023, the trial court signed an order denying Appellant's motion for new trial.

2

of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: March 16, 2023